| | | | |
|---|---|---|---|
| | AUSA: Margaret Smith | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11)  Criminal Complaint | Deputy: Vanessa Siemasz | Telephone: (313) 202-0135 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Mike Amormino

Case No.

Case: 2:25−mj−30536
Assigned To : Unassigned
Assign. Date : 8/21/2025
Description: RE: MIKE AMORMINO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failing to reigster as a sex offender. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Vanessa Siemasz, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 21, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Vanessa Siemasz, being first duly sworn, depose and states as follows:

### I. INTRODUCTION

1. I am currently a Deputy United States Marshal Criminal Investigator with the United States Marshals Service (USMS). I am assigned to the Detroit office in the Eastern District of Michigan, located at 231 W. Lafayette Blvd, Detroit, Michigan. I have served with the United States Marshals Service since August 29, 2017, and successfully completed the Criminal Investigator Training Program and the United States Marshals Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. Prior to serving as a Deputy United States Marshal, I served in the United States Navy from Jun 2003- Jun 2013. I have conducted investigations pertaining to failure to register as sex offender in the District of Oregon from February 2018 – June 2021. I have attended and completed the continuum investigation course in February of 2020 with the United States Marshals Service in Orlando, Florida. I investigate criminal violations relating to the Adam Walsh Act, including violations pertaining to the failure to register as a sex offender, in violation of Title 18, United States Code, Section 2250.

3. The following information is based upon my investigation and previous experience as well as investigations conducted by fellow law enforcement officers and their previous experience.

4. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **Mike Amormino** for failing to register as a sex offender, in violation of 18 U.S.C. § 2250(a). There is probable cause to believe that **Amormino** is an unregistered sex offender who traveled in interstate commerce from the Eastern District of Michigan to the Southern District of Florida.

5. The statements contained in this Affidavit are based on my experience and background as a Deputy U.S. Marshal and on information provided by other deputies of the USMS and other law enforcement officers. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to establish that **Mike Amormino** knowingly failed to register as a sex offender, in violation of 18 U.S.C. § 2250.

## II.   PROBABLE CAUSE

6. On 07/14/2025, I (DUSM Vanessa Siemasz) began a fugitive investigation of Mike **Amormino** who is a Tier II non-complaint sex offender. **Amormino** was wanted on a felony warrant for a US Probation Supervised Release Violation out of Detroit, Michigan (Case No. 17-20004)

7. During my investigation, I determined that **Amormino** was convicted in the Eastern District of Michigan for Distribution of Child Pornography, in violation of 18 U.S.C. 2252A(a)(2) on 11/14/2017. This conviction resulted in **Amormino**'s designation as a Tier II sex offender under the Sex Offender Registration and Notification Act (18 U.S.C. § 2250).  As a result of his conviction, should **Amormino** choose to reside in the state of Michigan, he is required to register as a sex offender in Michigan for 25 years.

8. **Amormino** was released from federal prison on 10/07/2022.  He resided in Southgate, Michigan.  As a Tier II offender, **Amormino** was required to register twice per year until approximately November 2042. During the fugitive investigation of **Amormino**, I learned that **Amormino** had last registered in the State of Michigan on 01/10/2024. He is currently on federal supervised release until 10/06/2027. (17-20004).

9. Per the RI-004 (03/2022) Michigan State Registration Form, **Amormino** provided his signature that states "I have reviewed my registration information and have verified the information is accurate and complete. I understand that willfully failing to comply with the requirements of the Sex Offenders Registration Act or knowingly providing false information is a crime and may result in criminal prosecution. I acknowledge that I have been provided a written notice explaining my registration duties. I have read the

above requirements and/or had them read to me and I understand my registration duties.

10. In early April 2025, the probation officer handling **Amormino's** supervised release contacted the Court regarding **Amormino's** drug use. At that time, the officer learned **Amormino** had not been in touch with his family that week and seemingly disappeared. The Court scheduled a status conference for June 10, 2025. **Amormino** failed to appear for the June 10, 2025 status conference. The district court issued a warrant for his arrest.

11. On 07/14/2025, I (DUSM Vanessa Siemasz) learned through law enforcement reports that **Amormino** was likely with Tara Schmitt, utilizing a vehicle registered to an address in Southgate – the same address **Amormino** used to last update his sex offender registry. I also learned that the vehicle had been positively identified in the state of Florida on or about 04/17/2025.

12. On 07/15/2025, I contacted the Florida Department of Law Enforcement, Sex Offender Registration Division, who reported that **Amormino** did not report to the State of Florida, as required by law. The State of Florida required that **Amormino** register after residing at least 3 days in the state, even in transient residence. **Amormino** did not update his registry with the State of Michigan, either. Michigan law required **Amormino** to report a change of residence

outside the state of Michigan within three business days before moving out of state.

13. On 07/16/2025, the United States Marshals Service, Miami Task Force, arrested **Amormino** on his arrest warrant. They located him and Tara Schmitt in the Residence Inn parking lot in Medley, Florida.

14. **Amormino** signed the "Waiver of Rights," and agreed to an interview. He acknowledged that he was previously convicted of a crime involving child pornography, and that he was required to register as a sex offender twice a year. **Amormino** also admitted to not registering in the state of Michigan in 2025 as required.

15. When law enforcement asked why he failed to update his registry, **Amormino** stated "Because I don't know. I was scared and didn't want to stay in one spot, so I wouldn't get caught. So, I just bounced around and ended up here. **Amormino** stated that he came to Florida in April or May, and since then had traveled to Atlanta and New Orleans. He came back to Florida about three weeks prior to the interview, according to **Amormino**.

16. Through the course of the investigation, Affiant learned that **Amormino** had failed to register as a sex offender with any law enforcement entity from January 2024 until July 2025 when he was apprehended on his US Probation violation in Florida.

17. Upon arrival in Florida, **Amormino** was required to register as a sex offender within three business days. He was also required to update his Michigan registry three days prior to departing the state. **Amormino** failed to comply with this requirement, in violation of 18 U.S.C. § 2250.

### III.   CONCLUSION

18. **Mike Amormino** is a person required to register under SORNA. He is a sex offender by reason of a conviction under federal law, and he traveled in interstate commerce when he left the State of Michigan in April 2025. **Amormino** knowingly failed to register in another state and knowing failed to update his Michigan registry. Based on this, there is probable cause to believe that **Amormino** violated 18 U.S.C. § 2250. I request the Court issue an arrest warrant for this offense.

_____
Vanessa M. Siemasz,
Deputy United States Marshal

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
David R. Grand
United States Magistrate Judge

August 21, 2025